# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NORMA GONZALEZ,**

    **Plaintiff,**

v.                           Case No: 6:19-cv-2351-GKS-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE comes before the Court for consideration on Plaintiff Norma Gonzalez's (Plaintiff) appeal from a final decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Disability Insurance Benefits (DIB) after proceedings before an Administrative Law Judge ("ALJ").[1] Plaintiff filed a Memorandum In Support of Plaintiff's Position (Doc.30).

On January 26, 2021, the United States Magistrate Judge issued a Report and Recommendation (the Report and Recommendation) recommending that the ALJ's

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 23.)

decision be affirmed (Doc. 34). Plaintiff has not filed any objections to the Report and Recommendation.

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the unobjected to Report and Recommendation (Doc. 29), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 34) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of February, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2